# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO.  2:19-cr-00441-DCN

MICFO LLC

## PLEA

The Defendant, __MICFO LLC__, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)   Defendant

June 3, 2019
Charleston, South Carolina