IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:19-cr-00441-DCN |
| | ) | |
| v. | ) | |
| | ) | |
| **AMIR GOLESTAN** | ) | |
| **MICFO, LLC** | ) | |

### GOVERNMENT'S MOTION FOR DISCLOSURE OF EXPERT WITNESS(ES)

The United States, by and through its undersigned attorney, moves that this Honorable Court direct the Defendant to disclose the following:

A.  Pursuant to FED. R. CRIM. P. 16(b)(1)(C):

A written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence at trial. The government requests that this summary describe the opinions of the witness(es), the basis and reasons of such opinion(s) and the qualifications of the witness(es).

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

By:  *s/ Nathan S. Williams*
　　　Nathan S. Williams, #10400
　　　Assistant U.S. Attorney
　　　151 Meeting Street, Suite 200
　　　Charleston, South Carolina 29401-2238
July 2, 2019　　　(843) 727-4381