IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No.: 2:19-cr-00441-DCN |
| vs. | ) |
| | ) |
| AMIR GOLESTAN, | ) |
| MICFO, LLC | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' RESPONSE TO THE UNITED STATES' DEMAND FOR NOTICE OF ALIBI**

The Defendants have no intention of offering an alibi defense.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:  *s/ E. Bart Daniel*
E. Bart Daniel
Federal Bar No. 403
E-Mail: bart.daniel@nelsonmullins.com
John C. McElwaine
Federal Bar No. 6710
E-Mail: john.mcelwaine@nelsonmullins.com
Matthew W. Orville
Federal Bar No. 12533
E-Mail: matt.orville@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC  29401-2239
(843) 853-5200

*Attorneys for Amir Golestan and Micfo, LLC*

July 11, 2019

Charleston, South Carolina