IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.: 2:19-cr-00441-DCN |
| vs. ) | |
| ) | |
| AMIR GOLESTAN, ) | |
| MICFO, LLC ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## **DEFENDANTS' RESPONSE TO THE UNITED STATES' MOTION FOR DISCLOSURE OF EXPERT WITNESSSES**

The Defendants, Amir Golestan and Micfo, LLC, by and through their undersigned attorneys, hereby respectfully respond to the United States' July 2, 2019 Motion for Disclosure of Expert Witness(es) [Entry Number 28].  Defendants have not identified any expert witnesses at this time.  Defendants reserve the right to identify such expert(s) and, if any such expert(s) is identified, Defendants will, in accordance with Federal Rule of Criminal Procedure 16(b)(1)(C), disclose a written summary of the testimony Defendants intend to use under Rules 702, 703, and 705 of the Federal Rules of Evidence as evidence at trial.

[SIGNATURE PAGE FOLLOWS]

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: _s/ E. Bart Daniel_
    E. Bart Daniel
    Federal Bar No. 403
    E-Mail: bart.daniel@nelsonmullins.com
    John C. McElwaine
    Federal Bar No. 6710
    E-Mail: john.mcelwaine@nelsonmullins.com
    Matthew W. Orville
    Federal Bar No. 12533
    E-Mail: matt.orville@nelsonmullins.com
    151 Meeting Street / Sixth Floor
    Post Office Box 1806 (29402-1806)
    Charleston, SC  29401-2239
    (843) 853-5200

    *Attorneys for Amir Golestan and Micfo, LLC*

July 11, 2019

Charleston, South Carolina