IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.: 2:19-cr-00441-DCN |
| vs. ) | |
| ) | |
| AMIR GOLESTAN, ) | |
| MICFO, LLC ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' RESPONSE TO THE UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY

The Defendants, Amir Golestan and Micfo, LLC, by and through their undersigned attorneys, hereby respectfully respond to the United States' July 2, 2019 Motion for Reciprocal Discovery [Entry Number 26] as follows:

A. At this time, Defendants are not in possession of any prior statements given by witnesses, other than the Defendant himself, whom Defendants expect to call at trial. Defendants reserve the right to supplement this response and will produce any such statements that are subsequently identified in accordance with the requirements of Federal Rule of Criminal Procedure 26.2.

B. Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(A), Defendants produce herewith all books, papers, documents photographs, tangible objects, or copies of portions thereof, in their possession, custody, or control which Defendants intend to introduce as evidence in chief that are not already in the possession, custody, or control of the United States. Defendants reserve the right to supplement this response prior to trial should such additional items be identified.

C. Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(B) and the United States request, Defendants produce herewith all results or "reports of . . . scientific tests or experiments made in connection with the particular case" that the Defendants intend to use in the Defendants' case in chief at trial, or such reports as were prepared by a witness Defendants intend to call and which relate to the witness's testimony, that are within Defendants' possession, custody or control and are not already in the possession, custody, or control of the United States.  Defendants reserve the right to supplement this response prior to trial should such additional reports be identified.

D. Defendants' do not intend to offer a defense of alibi and therefore have no information or documents responsive to this request.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:  *s/ E. Bart Daniel*
E. Bart Daniel
Federal Bar No. 403
E-Mail: bart.daniel@nelsonmullins.com
John C. McElwaine
Federal Bar No. 6710
E-Mail: john.mcelwaine@nelsonmullins.com
Matthew W. Orville
Federal Bar No. 12533
E-Mail: matt.orville@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC  29401-2239
(843) 853-5200

*Attorneys for Amir Golestan and Micfo, LLC*

July 12, 2019

Charleston, South Carolina