IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.: 2:19-cr-00441-DCN |
| vs. ) | |
| ) | |
| AMIR GOLESTAN, ) | |
| MICFO, LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' RESPONSE TO THE UNITED STATES' MOTION FOR PRODUCTION OF A WITNESS LIST

The Defendants, Amir Golestan and Micfo, LLC, by and through their undersigned attorneys, hereby respectfully respond to the United States' July 2, 2019 motion seeking production of a witness list prior to jury selection [Entry Number 30]. Defendants have not identified the witnesses they intend to call in their case in chief at trial but will produce a list of such witnesses prior to jury selection.

[SIGNATURE PAGE FOLLOWS]

                NELSON MULLINS RILEY & SCARBOROUGH LLP

By:  *s/ E. Bart Daniel*
     E. Bart Daniel
     Federal Bar No. 403
     E-Mail: bart.daniel@nelsonmullins.com
     John C. McElwaine
     Federal Bar No. 6710
     E-Mail: john.mcelwaine@nelsonmullins.com
     Matthew W. Orville
     Federal Bar No. 12533
     E-Mail: matt.orville@nelsonmullins.com
     151 Meeting Street / Sixth Floor
     Post Office Box 1806 (29402-1806)
     Charleston, SC  29401-2239
     (843) 853-5200

     *Attorneys for Amir Golestan and Micfo, LLC*

July 12, 2019

Charleston, South Carolina