**JUDGE DAVID C. NORTON**
**CRIMINAL PRE TRIALS**
**SEPTEMBER 2019 TERM OF COURT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

**TO:**    **MEMBERS OF THE BAR HAVING CRIMINAL CASES LISTED**:

This calendar of cases is for **JUDGE NORTON'S SEPTEMBER 2019 TERM OF COURT.**

Please take notice that a **PRETRIAL CONFERENCE** has been scheduled for     **THURSDAY, AUGUST 22, 2019, at 10:00 AM,** in Honorable Sol Blatt, Jr. Courtroom, J. Waties Waring Judicial Center, Meeting Street at Broad Street, in Charleston, SC. Please refer to the list of cases attached.

       **JURY SELECTION FOR THIS TERM IS SCHEDULED for <u>TUESDAY, SEPTEMBER 17, 2019, at 9:30 AM.</u>**    A Jury List, Strikes for Cause Form, and Copies of the Jury Questionnaires will be available **<u>seven (7) days</u>** prior to jury selection at Broad Street Printing, 402 Old Trolley Road, Suite 113, Summerville, South Carolina 29485, (843)871-8495 phone and (843)873-0483 fax.

       Request for questionnaires and a jury list must be made on the **JUROR QUESTIONNAIRE/LIST REQUEST FORM,** which may be obtained from our website at

-      www.scd.uscourts.gov,
-      forms
-      jury
-      Juror Questionnaire/List Request Form

       The Juror Questionnaire/List Request Form must be approved by the Clerk's Office prior to forwarding to Broad Street Printing for purchasing the questionnaires. Once the clerk has approved the form you may then fax the form to Broad Street Printing (843-873-0483). The information contained within the questionnaires shall be used solely for evaluating potential jurors for jury service and is not to be distributed for any other purpose.

**THE JUROR INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION.**

**VOIR DIRE** requests shall be filed/submitted to the court at **<u>least one week prior</u>** to jury selection.

The attorneys are required to confer and submit a **JOINT LIST OF POTENTIAL STRIKES FOR CAUSE FORM.**  The strikes for cause form is attached and is due by **\*<u>FRIDAY, SEPTEMBER 13, 2019 AT 9:00 AM</u>.**   If a strikes for cause form is not received by the court, the option for strikes for cause will be considered waived.

Unless a waiver has been filed, **all** defendants are required to be present for the PRETRIAL CONFERENCE  and JURY SELECTION and remain in attendance until his/her case is disposed of, otherwise,  his/her bond will be forfeited and a warrant issued for his/her arrest.

**\*\*Attorneys who represent criminal defendants are responsible for notifying their clients of all hearings to be held at the United States District Court.**

Should you have any questions or need additional information regarding this Calendar, please contact Catina Murray (843)579-2649,  or Jack Bryan (843)579-1437 in the Clerk of Court's Office.

BY DIRECTION OF THE COURT

ROBIN L. BLUME, CLERK
UNITED STATES DISTRICT

August 12, 2019
Charleston, South Carolina

# CRIMINAL  PRETRIALS
## AUGUST 22, 2019
### 10:00 AM

### *DEFENDANTS in CUSTODY*

| | | |
|---|---|---|
| 2:16-948 | USA v. | <u>Sean Kittrell</u> |
| | EMMANUEL KADAR ROGERS | Cameron Marshall, CJA |
| | | |
| 2:16-950 | USA v. | <u>Sean Kittrell</u> |
| | MARTELL SHARIF SMALLS<br>(PRO SE) | Ann B. Walsh, AFPD<br>(Stand-by Counsel) |
| | | |
| 2:17-89 | USA v. | <u>Sean Kittrell</u> |
| | LOUIS JOSEPH ANDERSON | Ann Walsh, AFPD |
| | | |
| 2:17-699 | USA v. | <u>Matt Austin</u> |
| | CAMERON BANKS | Michael O'Connell, Retained<br>John Delgado, Retained |

1

2:17-975            USA v.                              Sean Kittrell

                    TIMOTHY DRAYTON                     Cody Groeber, AFPD

2:17-1048           USA v.                              Emily Limehouse

                    ANTHONY LAVONDE HAMILTON            Ann B. Walsh, AFPD

2:18-165            USA v.                              Emily Limehouse

                    MICHAEL LAMAR SIMMONS               Charles George, Retained

2:18-253            USA v.                              Matt Austin

                    RANDALL ROBERTSON                   Alicia V. Penn, AFPD

| | | |
|---|---|---|
| 2:18-258 | USA v. | Nathan Williams |
| | D'ANGELO ANTONIO COAKLEY (1) | Charles Cochran, AFPD |
| | JULIUS HAMILTON WASHINGTON (2) | John Apicella, CJA |
| | MALIK JUWAN GADIST (3) | Ravi Sanyal, CJA |

| | | |
|---|---|---|
| 2:18-259 | USA v. | Christopher Schoen |
| | JOSEPH ROBERTO MAJOR | Ann B. Walsh, AFPD |

| | | |
|---|---|---|
| 2:18-261 | USA v. | Christopher Schoen |
| | MARVIN O'BRIAN MADDOX (1) | Ann Walsh, AFPD |

| | | |
|---|---|---|
| 2:18-470 | USA v. | Christopher Schoen |
| | SEAN DEANDRE MARTIN | Charles Cochran, AFPD |

2:18-778          USA v.                                    Nathan Williams

                  ERIC MARTIN SCOTT, JR                    Alicia Penn, AFPD


2:18-779          USA v.                                    Nathan Williams

                  TODD VANNATTA                             Michael O'Connell, Retained


2:18-780          USA v.                                    Christopher Schoen

                  QUENTIN JOHN FISHBURNE                    Peter Shahid, Jr., CJA


2:18-1017         USA v.                                    Rhett DeHart

                  WENDELL WILKINS (1)                       William Nixon, Jr., CJA


2:18-1022         USA v.                                    Emily Limehouse

                  DAVID PAUL DEMPSEY (1)                    Ann Walsh, AFPD

| | | |
|---|---|---|
| 2:18-1024 | USA v. | <u>Emily Limehouse</u> |
| | ANTWINE LAMAR MATTHEWS | Leslie Sarji, CJA |
| | | |
| 2:19-60 | USA v. | <u>Jamie Schoen</u> |
| | GASPER RAMIREZ  (1) | David McCann, CJA |
| | FIDENCIO TREVINO (2) | G. Wells Dickson, Jr, CJA |
| | GREGORY ALLEN BONNIE (3) | Alicia Penn, AFPD |
| | THOMAS WAYNE WOLLAM (4) | Richard Buchanan, CJA |
| | LAUREN BLAND COOK (6) | Gregory Galvin, CJA |
| | AMY MICHELLE BURGIO (10) | Lauren Williams, CJA |
| | NIM BENNIE DUNN, III (11) | Pamela Polzin, CJA |
| | | |
| 2:19-348 | USA v. | <u>Christopher Schoen</u> |
| | ARNOLD DARNELL GIBBS | Charles Cochran, AFPD |
| | | |
| 2:19-349 | USA v. | <u>Christopher Schoen</u> |
| | REDANTE DETRIEST YOUNG | Ann Walsh, AFPD |

| | | |
|---|---|---|
| 2:19-442 | USA v. | Rhett DeHart |
| | RIGOBERTO VELSCO-TORRES (INTERPRETER-SPANISH) | Alicia Penn, AFPD |
| 2:19-443 | USA v. | Rhett DeHart |
| | ISRAEL AGUILAR-PEREZ (INTERPRETER-SPANISH) | Alicia Penn, AFPD |
| 2:19-543 | USA v. | Matt Austin |
| | EUGENIO QUINTANA CABRERA (INTERPRETER-SPANISH) | Alicia Penn, AFPD |
| 2:19-544 | USA v. | Matt Austin |
| | CAMERON J. BANKS | Scott Harvin, CJA |
| 2:19-545 | USA v. | Dean Secor |
| | ALEXANDER ISIDRO-LOPEZ (INTERPRETER-SPANISH) | Mark Devine, Retained |

| | | |
|---|---|---|
| 2:19-546 | USA v. | Nathan Williams |
| | MARQUINE ANTONIO BENBOW | Ann Walsh, AFPD |
| 9:19-341 | USA v. | Carra Henderson |
| | KEVIN MAURICE CHAPLIN | Cody Groeber, AFPD |
| 9:19-341 | USA v. | Carra Henderson |
| | KEVIN MAURICE CHAPLIN | Cody Groeber, AFPD |
| 9:19-440 | USA v. | Rhett DeHart |
| | VICTOR GARCIA-LOPEZ (INTERPRETER-SPANISH) | Alicia Penn, AFPD |
| 9:19-542 | USA v. | Carra Henderson |
| | ELI SCRUCTCHINS | Cody Groeber, AFPD |

# CRIMINAL  PRETRIALS
## AUGUST 22, 2019
## 10:00 AM

### *DEFENDANTS on BOND*

| | | |
|---|---|---|
| 2:18-255 | USA v. | <u>Emily Limehouse</u> |
| | ANTWAUN HENDERSON | William Runyon, Jr., CJA |
| 2:18-261 | USA v. | <u>Christopher Schoen</u> |
| | CANDIS MACK (2) | Cameron Blazer, CJA |
| 2:18-597 | USA v. | <u>Matt Austin</u> |
| | KIMBERLY WHITE-GRIMES (WAIVER) | Charles M. Condon, Retained |
| 2:18-780 | USA v. | <u>Christopher Schoen</u> |
| | RENATA SHONTEL ELLISON (2) | Christopher Geel, Retained |

2:18-781          USA v.                                    Christopher Schoen

                  RAYMOND JARED SIMMONS                     Rick Buchanan, CJA


2:18-935          USA v.                                    Matt Austin

                  DEONTRA MONTAZE DENT                      Cody Groeber, AFPD
                      (WAIVER)


2:18-1017         USA v.                                    Rhett DeHart

                  LABEN McCOY (5)                           Elliott Barnwell, CJA


2:18-1024         USA v.                                    Emily Limehouse

                  MALCOLM COOPER (2)                        Allen Mastantuno, CJA


2:19-60           USA v.                                    Jamie Schoen

                  CHRISTINA GARRETT (5)                     Allen Mastantuno, CJA
                      (WAIVER)

                  NATASHA JENINE BOWERS (7)                 Ravi Sanyal, Retained

                  MARK ANDREW CROWLEY (8)                   Thaddeus Doughty, CJA

9

| 2:19-243 | USA v. | Rhett DeHart |
| | TAVIS BOYD (2) | Donna Taylor, CJA |

| 2:19-351 | USA v. | Jamie Schoen |
| | MICHAEL PROVEAUX | Christopher Geel, CJA |
| | DEBRA GROOMS | Alicia Penn, CJA |

| 2:19-441 | USA v. | Nathan Williams |
| | AMIR GOLESTAN (1) | Bart Daniel, Retained |
| | MICFO LLC (2) | Bart Daniel, Retained |

| 9:18-596 | USA v. | Matt Austin |
| | CHRISTY KASTNER (WAIVER) | Charles Cochran, AFPD |

10

United States District Court for the District of South Carolina
The Honorable David C. Norton
United States District Judge
**Strikes for Cause**
(Based on Responses to Court's Questionnaires)

**Case Name:**                                                      **Case Number:**

| Juror # | Juror Name | Question # at Issue | Concern (if not self evident) | Parties Agree | Opposed By |
|---------|-----------|---------------------|-------------------------------|---------------|------------|
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |

Attorneys **must confer** and use this form to
**submit a joint list** of potential strikes for cause.

_____
Attorney for Plaintiff/Defendant

Date: _____
Charleston, South Carolina