IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.: 2:19-cr-00441 |
| vs. ) | |
| ) | |
| AMIR GOLESTAN, ) | |
| MICFO, LLC ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR ADDITIONAL PEREMPTORY CHALLENGES

The Defendants, Amir Golestan and Micfo, LLC, by and through their undersigned attorneys, E. Bart Daniel and Matthew W. Orville, hereby respectfully move for three (3) peremptory challenges in addition to the ten (10) allowed under Fed. R. Crim. P. 24(b), for a total of thirteen (13) peremptory challenges. In support of this Motion, Defendants state the following:

The granting of additional challenges beyond the mandatory number, which in this case is ten (10), is within the discretion of the Court. *See* Fed. R. Crim. P. 24(b). Defendant Amir Golestan ("Golestan"), the founder and chief executive of Defendant Micfo, LLC, is a native and citizen of Iran and grew up in Dubai. His Middle Eastern descent will be readily evident to the jurors. As a result of the tragic events of 9/11 and the subsequent political climate relating to the Middle East, a significant number of Americans harbor an unfair bias against individuals of Middle Eastern descent. Allowing the Defendants three (3) additional peremptory challenges is a minimal effort which would allow the Defendants to attempt to combat this excessively unfair bias.

2

Accordingly, in order to assure the impartiality of the jury, prevent unfair prejudice against the Defendants, and protect the Defendants constitutional rights, the Court should allow the Defendants three (3) additional peremptory challenges.

                NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *s/ E. Bart Daniel*
E. Bart Daniel
Federal Bar No. 403
E-Mail: bart.daniel@nelsonmullins.com
John C. McElwaine
Federal Bar No. 6710
E-Mail: john.mcelwaine@nelsonmullins.com
Matthew W. Orville
Federal Bar No. 12533
E-Mail: matt.orville@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC  29401-2239
(843) 853-5200

*Attorneys for Amir Golestan and Micfo, LLC*

September 11, 2019

Charleston, South Carolina

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.: 2:19-cr-00441 |
| vs. ) | |
| ) | |
| AMIR GOLESTAN, ) | |
| MICFO, LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

I hereby certify that on September 11, 2019, a copy of the foregoing Motion for Additional Peremptory Challenges has been filed with the Clerk of Court via the CM/ECF system which will send notification of this filing to all counsel of record.

By: _s/ E. Bart Daniel_
E. Bart Daniel
Federal Bar No. 403
E-Mail: bart.daniel@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC  29401-2239
(843) 853-5200

3