IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:19-cr-00441-DCN |
| | ) | |
| v. | ) | **GOVERNMENT'S RESPONSE TO** |
| | ) | **DEFENDANTS' MOTION** |
| **AMIR GOLESTAN** | ) | **FOR ADDITIONAL** |
| **MICFO, LLC** | ) | **PEREMPTORY CHALLENGES** |

The United States, by and through its undersigned attorneys, responds to Defendants Amir Golestan and Micfo, LLC's Motion for Additional Peremptory Challenges (ECF No. 39). Rule 24(b), Fed. R. Crim. P., provides Defendants with ten (10) peremptory challenges and the government with six (6) peremptory challenges. Defendants request three (3) additional peremptory challenges for a total of thirteen (13). The United States does not oppose Defendants' request so long as the United States also is afforded three (3) additional peremptory challenges for a total of nine (9).

          Respectfully submitted,

          SHERRI A. LYDON
          UNITED STATES ATTORNEY

By:   *s/ William H. Jordan*
      Nathan S. Williams, #10400
      Assistant U.S. Attorney
      151 Meeting Street, Suite 200
      Charleston, South Carolina 29401-2238
      (843) 727-4381

      William H. Jordan, #10174
      Assistant U.S. Attorney
      1441 Main Street, Suite 500
      Columbia, SC  29201
      (803) 929-3066

September 12, 2019