IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: 2:19-cr-00441 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DEFENDANT'S PROPOSED** |
| ) | **VOIR DIRE** |
| AMIR GOLESTAN and ) | |
| MICFO, LLC, ) | |
| ) | |
| Defendants. ) | |

      Attorney E. Bart Daniel, on behalf of Defendants Amir Golestan and Micfo, LLC (hereinafter "Defendants"), hereby submits the following proposed *voir dire* questions. The Defendants request that the Court present this question to potential jurors, in addition to those questions that the Court normally poses to potential jurors. The Defendants reserve the right to conduct individual *voir dire* in addition to the *voir dire* conducted by the Court.

    1. Does the fact that Defendant Amir Golestan is of Middle Eastern (Iranian) descent affect your ability to give him a fair trial?

Respectfully submitted, this the 15th day of September, 2019.

                                                *s/E. Bart Daniel*
                                                E. BART DANIEL, ESQ.
                                                Federal ID No.: 403
                                                **Nelson Mullins Riley & Scarborough LLP**
                                                151 Meeting Street, Suite 600
                                                Charleston, South Carolina 29401
                                                (843) 534-4123
                                                bart.daniel@nelsonmullins.com

                                                *Counsel for Defendants Amir Golestan and Micfo, LLC*

Charleston, South Carolina