IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 2:19-cr-00-441-DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DEFENDANTS'** |
| ) | **CONSENT MOTION FOR** |
| AMIR GOLESTAN and MICFO, LLC, ) | **CONTINUANCE** |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW THE DEFENDANTS AMIR GOLESTAN and MICFO, LLC, by and through their undersigned attorney E. Bart Daniel, respectfully moves this Court for an Order continuing the above-captioned matter to the January, 2020 term of Court. This Jury Trial is currently scheduled to begin November 18, 2019. In support of this Consent Motion for Continuance, counsel states the following reasons:

1. Attorney Andrew Savage has joined to appear as Defendants' co-counsel;

2. Attorney Savage recently had back surgery and is currently recuperating from that surgery. He will be continuing his recovery during the currently scheduled trial.

3. The Defendant Amir Golestan understands and agrees that he is waiving his rights under the Speedy Trial Act and wishes to do so.

4. The Defendants' counsel has consulted with the government, and the government consents to this Motion for Continuance.

2

WHEREFORE, the Defendants Amir Golestan and Micfo, LLC, respectfully request that this Court enter an Order continuing the trial until the Court's January, 2020 term.

        **Respectfully submitted,**

        */s/ E. Bart Daniel*
        E. Bart Daniel
        NELSON MULLINS RILEY &
        SCARBOROUGH LLP

        E-Mail: bart.daniel@nelsonmullins.com
        151 Meeting Street / 6th Floor
        Charleston, SC  29401
        (843) 534-4802

        *Attorney for Amir Golestan and Micfo, LLC*

Charleston, South Carolina

October 10, 2019