IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 2:19-cr-00-441-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANTS'** |
| | ) | **CONSENT MOTION FOR** |
| AMIR GOLESTAN and MICFO, LLC, | ) | **CONTINUANCE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW THE DEFENDANTS AMIR GOLESTAN and MICFO, LLC, by and through their undersigned attorney E. Bart Daniel, respectfully moves this Court for an Order continuing the above-captioned matter to the next available term of Court. In support of this Consent Motion for Continuance, counsel states the following reasons:

1. The Defendant's ongoing cooperation;

2. Continued plea negotiations;

3. The Defendant Amir Golestan understands and agrees that he is waiving his rights under the Speedy Trial Act and wishes to do so; and

4. The Defendants' counsel has consulted with the government, and the government consents to this Motion for Continuance.

WHEREFORE, the Defendants Amir Golestan and Micfo, LLC, respectfully request that this Court enter an Order continuing the trial until the Court's next available term.

&lt; signature page follows &gt;

2

Respectfully submitted,

*/s/ E. Bart Daniel*
E. Bart Daniel
NELSON MULLINS RILEY &
SCARBOROUGH LLP

E-Mail: bart.daniel@nelsonmullins.com
151 Meeting Street / 6th Floor
Charleston, SC  29401
(843) 534-4802

*Attorney for Amir Golestan and Micfo, LLC*

Charleston, South Carolina

March 2, 2020

2