IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: 2:19-cr-00441 |
| | ) | |
| vs. | ) | |
| | ) | **DEFENDANT'S CONSENT TO** |
| | ) | **CONTINUANCE** |
| AMIR GOLESTAN, | ) | |
| MICFO, LLC | ) | |
| | ) | |

I, Amir Golestan, the Defendant in this case and sole representative of Micfo, LLC, have been advised that I have the right under the Constitution and laws of the United States and the State of South Carolina, to a speedy trial of my case. I fully understand my rights under the Speedy Trial Act, and I waive those rights and consent to continuing my case to the next term of court.

_____
AMIR GOLESTAN

Date: February 27th, 2020