IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 2:19-cr-00441-DCN |
| vs. | **CONTINUANCE ORDER** |
| AMIR GOLESTAN<br>MICFO, LLC. | |

This matter comes before the Court by motion of all parties. The reason for the continuance is the Defendant's ongoing cooperation and continued plea negotiations.

In reaching the conclusion that a continuance is appropriate, the court has balanced the best interest of the public and the defendants in a speedy trial against the ends of justice, and finds that the latter outweighs the former.

FOR ALL THE FOREGOING, it is ordered that the Case of <u>United States v. Amir Golestan and Micfo, LLC,</u> 2:19-cr-00441 be continued until the next available term of court.

IT IS SO ORDERED

THE HONORABLE DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

March 3, 2020
Charleston, South Carolina