IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**CHARLESTON DIVISION**

**United States of America**

vs                                                                                  CR NO. <u>2:19-441</u>

**Amir Golestan and
MICFO LLC**

**PLEA**

The defendant, **Amir Golestan and MICFO, LLC,** having withdrawn his plea of Not Guilty entered June 3, 2019, pleads **GUILTY to Count(s)** <u>1 - 20</u> of the **Indictment** after arraignment in open court.

_____
Signed by Defendant, Individually and as CEO of MICFO, LLC

Charleston, South Carolina

November 16, 2021