IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: 2:19-cr-00441-RMG-1, 2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AMIR GOLESTAN, | ) | |
| MICFO, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 17, 2022 and ending on July 16, 2022. (See Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2022, at Greenville, SC.

<i>s/ Carrie Fisher Sherard</i>
Carrie Fisher Sherard
Assistant U.S. Attorney