IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:19-cr-00441-RMG-1,2 |
| | ) | |
| vs. | ) | |
| | ) | |
| AMIR GOLESTAN, | ) | |
| MICFO, LLC | ) | |

**FINAL ORDER OF FORFEITURE AS TO CERTAIN PROPERTY**

This matter is before the court upon the United States' motion for a Final Order of Forfeiture as to Amir Golestan and Micfo, LLC, ("Defendants"),  following their conviction on 20 counts of wire fraud, in violation of 18 U.S.C. § 1343. The Preliminary Order of Forfeiture ("POF") was filed on June 7, 2022. (Docket 130)  The record in this case establishes the following:

1.     On May 14, 2019, a federal grand jury in this district returned a multi-count Indictment charging Defendants with 20 counts of wire fraud.

2.     The Indictment provided that upon Defendants' conviction, certain property enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1) and 28 U.S.C. § 2461(c).

3.     On November 16, 2021, Defendants' entered pleas of guilty to the 20 counts of wire fraud, in violation of 18 U.S.C. § 1343.

4.     Based upon the Defendants' convictions, and other matters appearing in the record, the court issued a POF finding property subject to forfeiture, in that such property constituted, or was derived from, proceeds Defendants obtained as a result of their offenses of conviction. The

POF set forth a forfeiture judgment against Defendants in the amount of $3,375,104 along with appropriate costs and interest therein.

5.    The POF further ordered that as to Defendants Amir Golestan and Micfo LLC all of their rights, title and interest in the property described in the POF, specifically the rights to Internet Protocol ("IP") addresses previously obtained by Defendants from the American Registry for Internet Numbers, Ltd. ("ARIN") shall by forfeited to the Government.

6.    Pending a final order of forfeiture, ARIN held 261,120 IP address rights that it revoked from Defendants on November 23, 2021—after Defendants' conviction—as a third-party custodian. The below table sets forth the revoked IP Address Rights:

| Net Handle | Org ID | Revoke Date | Network | Prefix | # /24s |
|---|---|---|---|---|---|
| NET-192-240-192-0-1 | MICFO-2 | 11/23/2021 | 192.240.192.0 | 18 | 64 |
| NET-192-255-64-0-1 | MICFO-2 | 11/23/2021 | 192.255.64.0 | 18 | 64 |
| NET-104-143-192-0-1 | MICFO-2 | 11/23/2021 | 104.143.192.0 | 19 | 32 |
| NET-104-156-192-0-1 | MICFO-2 | 11/23/2021 | 104.156.192.0 | 19 | 32 |
| NET-104-207-64-0-1 | MICFO-2 | 11/23/2021 | 104.207.64.0 | 19 | 32 |
| NET-104-222-128-0-1 | MICFO-2 | 11/23/2021 | 104.222.128.0 | 19 | 32 |
| NET-104-222-192-0-1 | MICFO-2 | 11/23/2021 | 104.222.192.0 | 19 | 32 |
| NET-104-247-0-0-1 | MICFO-2 | 11/23/2021 | 104.247.0.0 | 19 | 32 |
| NET-155-254-96-0-1 | MICFO-2 | 11/23/2021 | 155.254.96.0 | 19 | 32 |
| NET-167-160-96-0-1 | MICFO-2 | 11/23/2021 | 167.160.96.0 | 19 | 32 |
| NET-173-44-0-0-1 | MICFO-2 | 11/23/2021 | 173.44.0.0 | 19 | 32 |
| NET-192-171-224-0-1 | MICFO-2 | 11/23/2021 | 192.171.224.0 | 19 | 32 |
| NET-192-230-32-0-1 | MICFO-2 | 11/23/2021 | 192.230.32.0 | 19 | 32 |
| NET-206-223-224-0-1 | MICFO-2 | 11/23/2021 | 206.223.224.0 | 19 | 32 |
| NET-207-189-0-0-1 | MICFO-2 | 11/23/2021 | 207.189.0.0 | 19 | 32 |
| NET-209-209-224-0-1 | MICFO-2 | 11/23/2021 | 209.209.224.0 | 19 | 32 |
| NET-45-62-32-0-1 | MICFO-2 | 11/23/2021 | 45.62.32.0 | 19 | 32 |
| NET-104-128-128-0-1 | MICFO-2 | 11/23/2021 | 104.128.128.0 | 20 | 16 |
| NET-104-128-16-0-1 | MICFO-2 | 11/23/2021 | 104.128.16.0 | 20 | 16 |
| NET-104-143-16-0-1 | MICFO-2 | 11/23/2021 | 104.143.16.0 | 20 | 16 |

| NET-104-237-80-0-1 | MICFO-2 | 11/23/2021 | 104.237.80.0 | 20 | 16 |
| NET-107-181-64-0-1 | MICFO-2 | 11/23/2021 | 107.181.64.0 | 20 | 16 |
| NET-107-182-112-0-1 | MICFO-2 | 11/23/2021 | 107.182.112.0 | 20 | 16 |
| NET-107-190-160-0-1 | MICFO-2 | 11/23/2021 | 107.190.160.0 | 20 | 16 |
| NET-167-88-96-0-1 | MICFO-2 | 11/23/2021 | 167.88.96.0 | 20 | 16 |
| NET-172-102-128-0-1 | MICFO-2 | 11/23/2021 | 172.102.128.0 | 20 | 16 |
| NET-172-110-208-0-1 | MICFO-2 | 11/23/2021 | 172.110.208.0 | 20 | 16 |
| NET-172-97-80-0-1 | MICFO-2 | 11/23/2021 | 172.97.80.0 | 20 | 16 |
| NET-192-200-16-0-1 | MICFO-2 | 11/23/2021 | 192.200.16.0 | 20 | 16 |
| NET-192-77-240-0-1 | MICFO-2 | 11/23/2021 | 192.77.240.0 | 20 | 16 |
| NET-209-161-96-0-1 | MICFO-2 | 11/23/2021 | 209.161.96.0 | 20 | 16 |
| NET-45-61-32-0-1 | MICFO-2 | 11/23/2021 | 45.61.32.0 | 20 | 16 |
| NET-135-84-208-0-1 | MICFO-2 | 11/23/2021 | 135.84.208.0 | 21 | 8 |
| NET-144-208-116-0-1 | MICFO-2 | 11/23/2021 | 144.208.116.0 | 21 | 8 |
| NET-165-84-224-0-1 | MICFO-2 | 11/23/2021 | 165.84.224.0 | 21 | 8 |
| NET-192-171-24-0-1 | MICFO-2 | 11/23/2021 | 192.171.24.0 | 21 | 8 |
| NET-192-69-248-0-1 | MICFO-2 | 11/23/2021 | 192.69.248.0 | 21 | 8 |
| NET-198-52-32-0-1 | MICFO-2 | 11/23/2021 | 198.52.32.0 | 21 | 8 |
| NET-199-189-248-0-1 | MICFO-2 | 11/23/2021 | 199.189.248.0 | 21 | 8 |
| NET-199-241-120-0-1 | MICFO-2 | 11/23/2021 | 199.241.120.0 | 21 | 8 |
| NET-204-62-120-0-1 | MICFO-2 | 11/23/2021 | 204.62.120.0 | 21 | 8 |
| NET-205-234-120-0-1 | MICFO-2 | 11/23/2021 | 205.234.120.0 | 21 | 8 |
| NET-207-89-16-0-1 | MICFO-2 | 11/23/2021 | 207.89.16.0 | 21 | 8 |
| NET-216-162-40-0-1 | MICFO-2 | 11/23/2021 | 216.162.40.0 | 21 | 8 |
| NET-31-207-0-0-1 | MICFO-2 | 11/23/2021 | 31.207.0.0 | 21 | 8 |
| NET-66-133-72-0-1 | MICFO-2 | 11/23/2021 | 66.133.72.0 | 21 | 8 |
| NET-66-171-32-0-1 | MICFO-2 | 11/23/2021 | 66.171.32.0 | 21 | 8 |
| NET-69-161-192-0-1 | MICFO-2 | 11/23/2021 | 69.161.192.0 | 21 | 8 |
| NET-72-35-240-0-1 | MICFO-2 | 11/23/2021 | 72.35.240.0 | 21 | 8 |
| NET-146-88-192-0-1 | MICFO-2 | 11/23/2021 | 146.88.192.0 | 22 | 4 |
| NET-148-59-232-0-1 | MICFO-2 | 11/23/2021 | 148.59.232.0 | 22 | 4 |
| NET-192-64-24-0-1 | MICFO-2 | 11/23/2021 | 192.64.24.0 | 22 | 4 |
| NET-199-223-116-0-1 | MICFO-2 | 11/23/2021 | 199.223.116.0 | 22 | 4 |
| NET-206-225-132-0-1 | MICFO-2 | 11/23/2021 | 206.225.132.0 | 22 | 4 |
| NET-64-85-24-0-1 | MICFO-2 | 11/23/2021 | 64.85.24.0 | 22 | 4 |
| NET-203-33-152-0-1 | MICFO-2 | 11/23/2021 | 203.33.152.0 | 23 | 2 |
| NET-208-87-164-0-1 | MICFO-2 | 11/23/2021 | 208.87.164.0 | 23 | 2 |
| NET-213-159-14-0-1 | MICFO-2 | 11/23/2021 | 213.159.14.0 | 23 | 2 |

| NET-24-235-4-0-1 | MICFO-2 | 11/23/2021 | 24.235.4.0 | 23 | 2 |
| NET-198-22-224-0-1 | MICFO-2 | 11/23/2021 | 198.22.224.0 | 24 | 1 |
| NET-209-251-249-0-1 | MICFO-2 | 11/23/2021 | 209.251.249.0 | 24 | 1 |
| NET-216-99-219-0-1 | MICFO-2 | 11/23/2021 | 216.99.219.0 | 24 | 1 |
| NET-52-119-3-0-1 | MICFO-2 | 11/23/2021 | 52.119.3.0 | 24 | 1 |

7.      The POF directed the United States to publish notice of the court's Order and the intent of the United States to dispose of the revoked IP Address Rights in accordance with law. The POF also provided that following publication, and upon adjudication of all third-party interests in the revoked IP Address Rights, the court would enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

8.      Beginning on June 17, 2022, and running at least 18 hours per day through July 16, 2022, as required by Rule G(4)(a)(iv)(c) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Action, the United States published notice of the forfeiture on the government website "www.forfeiture.gov", a website of general circulation within the United States and the State of South Carolina, notifying any person, other than the Defendants in this case, claiming interest in the forfeited property that they must file a Petition within sixty (60) days of the notice for a hearing to adjudicate the validity of any alleged legal interest in the property seized. No petitions or other responsive pleadings have been filed by any persons based upon notice by publication, and the deadline for filing a claim based upon such notice expired on August 16, 2022, with no extensions having been requested, consented to, or granted by the court.

9.      The United States has received no other claims or petitions as to the property described below, and the time to file such claims or petitions has passed as provided for by the

provisions of 21 U.S.C. § 853(n); therefore, all claims to such property are forever foreclosed and barred.

10.    The court has previously determined the Government has established the requisite nexus between the said property and the offenses for which the Defendants have been convicted; therefore, the property shall be forfeited to the United States pursuant to 21 U.S.C. § 853.

NOW THEREFORE, upon motion of the United States, it is hereby ORDERED, ADJUDGED and DECREED:

1.    FORFEITURE IS ORDERED against Amir Golestan and Micfo, LLC and in favor of the United States in the amount of $3,375,104, along with appropriate costs and interest thereon at the rate provided for in 28 U.S.C. § 1961.

2.    All right, title and interest in and to the following revoked IP Address Rights, is hereby forfeited to the United States of America:

| Net Handle | Org ID | Revoke Date | Network | Prefix | # /24s |
|---|---|---|---|---|---|
| NET-192-240-192-0-1 | MICFO-2 | 11/23/2021 | 192.240.192.0 | 18 | 64 |
| NET-192-255-64-0-1 | MICFO-2 | 11/23/2021 | 192.255.64.0 | 18 | 64 |
| NET-104-143-192-0-1 | MICFO-2 | 11/23/2021 | 104.143.192.0 | 19 | 32 |
| NET-104-156-192-0-1 | MICFO-2 | 11/23/2021 | 104.156.192.0 | 19 | 32 |
| NET-104-207-64-0-1 | MICFO-2 | 11/23/2021 | 104.207.64.0 | 19 | 32 |
| NET-104-222-128-0-1 | MICFO-2 | 11/23/2021 | 104.222.128.0 | 19 | 32 |
| NET-104-222-192-0-1 | MICFO-2 | 11/23/2021 | 104.222.192.0 | 19 | 32 |
| NET-104-247-0-0-1 | MICFO-2 | 11/23/2021 | 104.247.0.0 | 19 | 32 |
| NET-155-254-96-0-1 | MICFO-2 | 11/23/2021 | 155.254.96.0 | 19 | 32 |
| NET-167-160-96-0-1 | MICFO-2 | 11/23/2021 | 167.160.96.0 | 19 | 32 |
| NET-173-44-0-0-1 | MICFO-2 | 11/23/2021 | 173.44.0.0 | 19 | 32 |
| NET-192-171-224-0-1 | MICFO-2 | 11/23/2021 | 192.171.224.0 | 19 | 32 |
| NET-192-230-32-0-1 | MICFO-2 | 11/23/2021 | 192.230.32.0 | 19 | 32 |
| NET-206-223-224-0-1 | MICFO-2 | 11/23/2021 | 206.223.224.0 | 19 | 32 |
| NET-207-189-0-0-1 | MICFO-2 | 11/23/2021 | 207.189.0.0 | 19 | 32 |

| NET-209-209-224-0-1 | MICFO-2 | 11/23/2021 | 209.209.224.0 | 19 | 32 |
|---|---|---|---|---|---|
| NET-45-62-32-0-1 | MICFO-2 | 11/23/2021 | 45.62.32.0 | 19 | 32 |
| NET-104-128-128-0-1 | MICFO-2 | 11/23/2021 | 104.128.128.0 | 20 | 16 |
| NET-104-128-16-0-1 | MICFO-2 | 11/23/2021 | 104.128.16.0 | 20 | 16 |
| NET-104-143-16-0-1 | MICFO-2 | 11/23/2021 | 104.143.16.0 | 20 | 16 |
| NET-104-237-80-0-1 | MICFO-2 | 11/23/2021 | 104.237.80.0 | 20 | 16 |
| NET-107-181-64-0-1 | MICFO-2 | 11/23/2021 | 107.181.64.0 | 20 | 16 |
| NET-107-182-112-0-1 | MICFO-2 | 11/23/2021 | 107.182.112.0 | 20 | 16 |
| NET-107-190-160-0-1 | MICFO-2 | 11/23/2021 | 107.190.160.0 | 20 | 16 |
| NET-167-88-96-0-1 | MICFO-2 | 11/23/2021 | 167.88.96.0 | 20 | 16 |
| NET-172-102-128-0-1 | MICFO-2 | 11/23/2021 | 172.102.128.0 | 20 | 16 |
| NET-172-110-208-0-1 | MICFO-2 | 11/23/2021 | 172.110.208.0 | 20 | 16 |
| NET-172-97-80-0-1 | MICFO-2 | 11/23/2021 | 172.97.80.0 | 20 | 16 |
| NET-192-200-16-0-1 | MICFO-2 | 11/23/2021 | 192.200.16.0 | 20 | 16 |
| NET-192-77-240-0-1 | MICFO-2 | 11/23/2021 | 192.77.240.0 | 20 | 16 |
| NET-209-161-96-0-1 | MICFO-2 | 11/23/2021 | 209.161.96.0 | 20 | 16 |
| NET-45-61-32-0-1 | MICFO-2 | 11/23/2021 | 45.61.32.0 | 20 | 16 |
| NET-135-84-208-0-1 | MICFO-2 | 11/23/2021 | 135.84.208.0 | 21 | 8 |
| NET-144-208-116-0-1 | MICFO-2 | 11/23/2021 | 144.208.116.0 | 21 | 8 |
| NET-165-84-224-0-1 | MICFO-2 | 11/23/2021 | 165.84.224.0 | 21 | 8 |
| NET-192-171-24-0-1 | MICFO-2 | 11/23/2021 | 192.171.24.0 | 21 | 8 |
| NET-192-69-248-0-1 | MICFO-2 | 11/23/2021 | 192.69.248.0 | 21 | 8 |
| NET-198-52-32-0-1 | MICFO-2 | 11/23/2021 | 198.52.32.0 | 21 | 8 |
| NET-199-189-248-0-1 | MICFO-2 | 11/23/2021 | 199.189.248.0 | 21 | 8 |
| NET-199-241-120-0-1 | MICFO-2 | 11/23/2021 | 199.241.120.0 | 21 | 8 |
| NET-204-62-120-0-1 | MICFO-2 | 11/23/2021 | 204.62.120.0 | 21 | 8 |
| NET-205-234-120-0-1 | MICFO-2 | 11/23/2021 | 205.234.120.0 | 21 | 8 |
| NET-207-89-16-0-1 | MICFO-2 | 11/23/2021 | 207.89.16.0 | 21 | 8 |
| NET-216-162-40-0-1 | MICFO-2 | 11/23/2021 | 216.162.40.0 | 21 | 8 |
| NET-31-207-0-0-1 | MICFO-2 | 11/23/2021 | 31.207.0.0 | 21 | 8 |
| NET-66-133-72-0-1 | MICFO-2 | 11/23/2021 | 66.133.72.0 | 21 | 8 |
| NET-66-171-32-0-1 | MICFO-2 | 11/23/2021 | 66.171.32.0 | 21 | 8 |
| NET-69-161-192-0-1 | MICFO-2 | 11/23/2021 | 69.161.192.0 | 21 | 8 |
| NET-72-35-240-0-1 | MICFO-2 | 11/23/2021 | 72.35.240.0 | 21 | 8 |
| NET-146-88-192-0-1 | MICFO-2 | 11/23/2021 | 146.88.192.0 | 22 | 4 |
| NET-148-59-232-0-1 | MICFO-2 | 11/23/2021 | 148.59.232.0 | 22 | 4 |
| NET-192-64-24-0-1 | MICFO-2 | 11/23/2021 | 192.64.24.0 | 22 | 4 |
| NET-199-223-116-0-1 | MICFO-2 | 11/23/2021 | 199.223.116.0 | 22 | 4 |
| NET-206-225-132-0-1 | MICFO-2 | 11/23/2021 | 206.225.132.0 | 22 | 4 |

| NET-64-85-24-0-1 | MICFO-2 | 11/23/2021 | 64.85.24.0 | 22 | 4 |
| NET-203-33-152-0-1 | MICFO-2 | 11/23/2021 | 203.33.152.0 | 23 | 2 |
| NET-208-87-164-0-1 | MICFO-2 | 11/23/2021 | 208.87.164.0 | 23 | 2 |
| NET-213-159-14-0-1 | MICFO-2 | 11/23/2021 | 213.159.14.0 | 23 | 2 |
| NET-24-235-4-0-1 | MICFO-2 | 11/23/2021 | 24.235.4.0 | 23 | 2 |
| NET-198-22-224-0-1 | MICFO-2 | 11/23/2021 | 198.22.224.0 | 24 | 1 |
| NET-209-251-249-0-1 | MICFO-2 | 11/23/2021 | 209.251.249.0 | 24 | 1 |
| NET-216-99-219-0-1 | MICFO-2 | 11/23/2021 | 216.99.219.0 | 24 | 1 |
| NET-52-119-3-0-1 | MICFO-2 | 11/23/2021 | 52.119.3.0 | 24 | 1 |

3.     Pursuant to 21 U.S.C. § 853(n)(7), clear title in and to the above-described property is vested in the United States of America, its successors and assigns, and no other right, title or interests exists therein.  All claims to the above-described property are forever foreclosed and barred and the said property shall be disposed of by the United States in accordance with law.

4.     The United States shall dispose of the forfeited property according to law.1

5.     The court shall retain jurisdiction to resolve disputes which may arise and to enforce and amend this Order as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

6.     The Clerk, U.S. District Court for the District of South Carolina, shall provide one certified copy of this Order to the United States Attorney's Office Asset Forfeiture Unit for service on interested third parties and for other purposes.


        AND IT IS SO ORDERED.


                        s/ Richard Mark Gergel
                        RICHARD M. GERGEL
                        UNITED STATES DISTRICT JUDGE

December 12, 2023
Charleston, South Carolina

---

1      The Court notes that the United States and ARIN have entered into a consent agreement governing the sale of the IP address rights as referenced in the Government's motion.